**PLAINTIFF'S EXHIBIT 2**

## 4.12 Americans with Disabilities Act: – Reasonable Accommodation Claim – 42 U.S.C. §§ 12101-12117

In this case, [name of plaintiff] claims that [name of defendant] discriminated against [name of plaintiff] because of [his/her] disability by failing to provide a reasonable accommodation for [his/her] disability within the meaning of the Americans with Disabilities Act (the ADA).

[Name of defendant] denies [name of plaintiff]'s claim and asserts that [describe the defendant's defense].

Under the ADA, if an employer knows that an employee has a disability and needs [a] reasonable accommodation[s] to perform the essential functions of [his/her] job, the employer must provide [a] reasonable accommodation[s].

To succeed on [his/her] claim, [name of plaintiff] must prove each of the following facts by a preponderance of the evidence:

First: [Name of plaintiff] had a disability;

Second: [Name of plaintiff] was a qualified individual;

Third: [Name of defendant] knew of [name of plaintiff]'s disability;

Fourth: [Name of plaintiff] requested an accommodation;

Fifth: A reasonable accommodation existed that would have allowed [name of plaintiff] to perform the essential functions of the job; and

Sixth: [Name of defendant] failed to provide a reasonable accommodation.

1