UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHERYL GRIFFITH
    Plaintiff

v.                                   Case Number: 8:18-cv-432-26CPT

ROBERT WILKIE, Secretary
U. S. DEPARTMENT OF VETERANS AFFAIRS
    Defendant

_____/

## ATTORNEY'S FEES DECLARATION OF JOSEPH D. MAGRI

Pursuant to 28 U.S.C. § 1746, I, Joseph D. Magri, declare the following facts are true and correct:

1.    I am over the age of twenty-one, a resident of Pinellas County, Florida, and competent to state the matters contained herein, and such matters are known to me and of my personal knowledge.

2.    I am a shareholder and employed by the law firm of Merkle & Magri, P.A., located at 5601 Mariner Street, Suite 400, Tampa, Florida 33609. I have been a licensed attorney in good standing with the State of Connecticut (1977), the District of Columbia (1981), and the State of Florida (1989). I have been admitted to practice in the United States District Court of the Middle District of Florida; the Southern District of Florida; the District of Columbia; the Eastern, Southern and Western Districts of New York; the District of Colorado; the District of Columbia Circuit Court of Appeals, and the Second, Fifth, Eleventh and Federal Circuit Courts of Appeals and the United States Supreme Court. I have an AV rating in Martindale Hubbell. Additional background is attached hereto in Exhibit A-1.

1



3. Sean McFadden is an associate with this firm. Exhibit D contains a description of Sean M. McFadden's background and experience.

4. Gerard J. Roble was a licensed attorney in good standing with the State of Florida since 1987 until his retirement in September 2019. He was an associate with this firm from 1990 until September 2008. He left the active practice of law and worked with various groups locally and nationally attempting to assist people to obtain employment following the 2008 recession. In December of 2012, he came back and worked for the firm as an independent contractor performing legal services of the type he had previously performed. On July 19, 2019, he stopped the practice of law due to illness. He has been admitted to practice in the United States District Courts of the Middle District of Florida. Mr. Roble graduated from St. Anselm's College with a B.S. degree. He graduated with a J.D. from St. Louis University School of Law in 1986. Mr. Roble worked with Merkle & Magri, P.A. from 1990 to 2008 and again from 2012 to 2019. Mr. Roble has extensive experience in civil litigation and a substantial portion of his time was spent on civil rights and employment litigation under Title VII and various other Federal Statutes.

5. As set forth in Exhibit E, Meagan Ross-Culpepper went to the University of Miami for her Bachelor's degree and graduated from Stetson University School of Law. Ms. Ross Culpepper became a member of the Florida Bar in 2018. Prior to that, but after graduation and passing the Bar, she worked here as a paralegal. Exhibit E contains her declaration.

6. Angela Merkle has been a paralegal with the firm since September 1996. She is very knowledgeable, indeed an expert, on many aspects of federal employee administrative and federal litigation. She is also very experienced in State and Federal trial court and appellate procedures and practices. She is knowledgeable about aspects of the law especially involving

federal employment matters. She has worked in some respect on most of the federal employment cases that this firm has handled. Her declaration is attached as Exhibit F.

7. Since 2005 our firm has filed 27 cases involving 45 federal employees in the Middle District of Florida. Three cases have gone to trial. Five employees prevailed in two trials, and one settled just before it was submitted to the jury for $800,000 and non-monetary relief. Fifteen (15) cases involving 25 employees settled, usually after MSJ was denied. Four cases involving five employees were terminated on MSJ and unsuccessful appeals, one, Truitt and Trask, which reached conference before the U.S. Supreme Court before being denied. Three others cases involving six employees were lost at MSJ, two involving five employees currently before the Eleventh Circuit. One case was partially remanded by the Eleventh Circuit and is also partially before the U.S. Supreme Court.

8. In the Southern District of Florida we successfully tried a federal employee case to verdict at the end of 2019. A computer search (Exhibit H) indicates that while there was one directed verdict, our case was the only successful federal employee case tried to verdict in the last 10 years. The Final Judgment was for $910,000 with Court supervised referral to the Agency for interest and benefits under the backpay statute. This will likely bring it slightly over $1 million. Attorney's fees will be decided if the parties cannot agree.

9. In 2012, my firm was contacted by Plaintiff Cheryl Griffith in October 2014. This firm initially represented Plaintiff in administrative proceedings and then in Federal Court. All of the depositions taken and documents received during those administrative proceedings were essential to the current case. The administrative proceedings went through until settlement was impossible and it was determined that the case should be filed in federal court. Therefore, we dismissed the administrative proceedings. The total time (237 hours) we spent in the

3

administrative proceedings included 109.8 hours by Joseph Magri, 35.7 hours by Meagan Ross-Culpepper, 10.0 hours by Sean McFadden, 19.6 hours by Gerard Roble, and 61,9 hours by Angela Merkle. These hours are broken down in bills attached as Exhibit B and were reasonable and necessary. Exhibit B-1 is for the administrative stage and B-2 is for Federal Court.

10. On February 22, 2018, we filed the claims in this case in the District Court. The government filed a motion for summary judgment challenging every claim filed. Dkt 20. The Plaintiff filed a response Dkt. 21 on June 14, 2019. Plaintiff dropped race and retaliation claims and proceeded on her reasonable accommodation and hostile work environment claims. On August 20, 2019 the Court denied the Defendant's motion for summary judgment on the reasonable accommodation and hostile work environment claims and granted it on the race and retaliation claims. Dkt. 22.

11. Exhibit B-2 are bills in the District Court matter breaking down all the hours devoted by attorneys Joseph Magri, Gerard Roble, Sean McFadden, and paralegal Angela Merkle. For this case in the District Court these amount to 73.90 hours for Joseph Magri, 49 hours for Gerard Roble, 1.80 hours for Sean McFadden, and 59.60 for Angela Merkle up to the dates reflected in Exhibit B-2. These hours were reasonable and necessary.

12. The total costs incurred at the administrative stage were: $8,054.19. Those amounts are itemized on the above bills. Those charges were reasonable and necessary. Total costs for the District Court case up to the date reflected in Exhibit C were $879.29. These costs are recoverable either as traditional costs or as reasonable attorneys fees. The dates tie back into Exhibit B. They were reasonable and necessary especially given the conduct of the Defendant as set forth in the motion.

4

13. This action was particularly significant in that, *inter alia,* it vindicated an employee's rights to be recognized as a qualified person with a disability and reaffirmed the law's commitment to reasonable accommodation. Hopefully, this case will cause the VA to reassess these practices especially because it arose in the Regional Counsel's Office.

14. Accompanying this motion is an affidavit from Mr. Robert McCormack, Exhibit G, which, based on various factors, opines that a reasonable hourly rate for Joseph Magri would be $550, a reasonable rate for Gerard Roble would be $200 per hour; a reasonable rate for Sean McFadden would be $350 per hour; a reasonable rate for paralegal Meagan Ross-Culpepper would be $125.00 per hour; a reasonable rate for paralegal Angela Merkle would be $150.00 per hour. As for paralegals, in the Southern District, paralegals with less experience than Mrs. Merkle were awarded $150 per hour. *H.C. v. Bradshaw,* 2019 WL 5079773 (S.D. Fla. Oct. 10. 2019). That case also cites *Prison News v. Inch,* where the Northern District awarded a paralegal $160.00. In the Middle District, rates vary. In *Avena v. Imperial Salon & Spa, Inc.,* 2019 WL 5111954 (M.D. Fla. August 27, 2019) the judge discusses at *5 rates in the Central Florida market. He indicates that he has awarded up to $150, but where little if any description of the paralegal's experience was provided, he awarded $110 in that case. Conversely, as this declaration and Exhibit F show, Mrs. Merkle has 24 years of paralegal experience. She has extensive experience in these cases. Given the fact that this firm has a particular expertise in federal employment cases, of which Mrs. Merkle has been a key ingredient for a long time, $150 an hour is a reasonable fee in this locale.

15. For reasons discussed in Plaintiff's motion for fees, I believe that an hourly rate of $550 per hour is reasonable for myself in this case and this locale. I also believe that an hourly rate of $200 for Gerard Roble, $350 for Sean McFadden, $125 for Meagan Ross-Culpepper, and $150 for Angela Merkle are reasonable in this case and this locale.

Under penalty of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and correct to the best of my knowledge and belief.

Dated: January 27, 2020

_____
Joseph D. Magri

Joseph D. Magri
Attorney Profile

Joseph D. Magri is a founding shareholder of Merkle & Magri, P.A. He began practicing law in 1977. Mr. Magri is an AV rated attorney by Martindale Hubbell and a member of their preeminent lawyer group. He is a dedicated trial attorney having tried many complex civil and criminal cases, in Federal and State court, before a jury, judge and on appeal. He has also represented clients in hearings before administrative courts and arbitrators.

Mr. Magri has represented clients in a wide range of legal areas, including complex commercial and regulatory litigation on behalf of major corporations in his larger law firm days. After a period as a federal prosecutor he represented similar clients in federal tort claims, insurance coverage, personal injury, products liability, mold, toxic substances, medical malpractice, employment law, discrimination, whistle blowing, civil rights, health and medicine, mobile homes, business and commercial, lender liability, fraud and limited criminal defense. In the course of his legal career, Mr. Magri has obtained significant results for major corporations as well as multiple recoveries for smaller clients of more than one- million dollars. He has also assisted mobile homeowners in enforcing their legal rights when developers attempted to evict them.  Since 2007 Federal Employment law has been his predominant practice area.

Mr. Magri started his career working as an associate for Cummings & Lockwood, LLC in its Stamford, Connecticut office, where his practice focused on commercial and administrative litigation for Fortune 500 companies and other large institutions. He was primarily responsible for handling Texaco's upstream crude oil production work under the Department of Energy's Entitlement Program. Mr. Magri 's other accomplishments include developing the legal theories and approach that: saved a client $120 million in a dispute with the Department of Energy; obtained a $70 million settlement of an insurance coverage dispute; and resulted in a declaration that New York and Connecticut statutes that attempted to regulate energy matters were preempted by the Federal Government. Prior to leaving this firm, Mr. Magri helped to establish a branch of the firm in Washington, D.C.

Cummings & Lockwood was founded by Homer Cummings, the Attorney General under Franklin Delano Roosevelt and many attorneys joined the Department of Justice for periods of time. Mr. Magri joined the Department of Justice in the United States Attorney's Office for the Middle District of Florida. He initially worked as an Assistant United States Attorney, eventually becoming the First Assistant U. S. Attorney, supervising the Tampa, Orlando, Jacksonville and Fort Myers' offices. At one point, Mr. Magri served as the Acting U.S. Attorney. While in the U.S. Attorney's Office, Mr. Magri prosecuted criminal cases involving corruption, fraud, narcotics and Medicare fraud. He also prosecuted the first mutiny murder case in many decades throughout the United States. In the absence of the U.S. Attorney or on his request, he often served as the office's media liaison, providing information to local and national media.

During his time, the United States Attorney, Robert W. Merkle, sought and obtained the extradition of Carlos Lehder, the Medellin Cartel's boss over product delivery into the United States. He subsequently tried and convicted Mr. Lehder. Mr. Magri dealt with the DOJ and


EXHIBIT A-1

various agencies in Mr. Merkle's place during that time. The office also indicted General Manuel Noriega and the Bank of Credit and Commerce International (BCCI). Mr. Magri and the First Assistant of the United States Attorney's Office of the Southern District of Florida which also had indicted General Noriega on charges stemming from its cases, walked these indictments through Main Justice together. Mr. Magri also dealt with Main Justice on several inter agency conflicts which arose during the BCCI money laundering investigation. These and many other cases received national attention and generated books and movies. Mr. Magri has also been involved in a number of reported appellate cases.

Mr. Magri earned a Juris Doctorate from the University of California, Hastings College of Law in San Francisco. He received a Bachelor of Arts from Fairfield University in Fairfield, Connecticut. Mr. Magri has been admitted to practice law in the State of Florida, District of Columbia, and the State of Connecticut. He is licensed to practice in the United States District Courts of the Middle District of Florida; the Southern District of Florida, District of Columbia; the Eastern District, Southern District and Western District of New York; the District of Colorado and the District of Connecticut. He has also been admitted to practice in the Second, Fifth, Eleventh, District of Columbia, and Federal Circuit Courts of Appeals and the United States Supreme Court. He was part of a team that briefed and argued *Babb v. Wilkie* on January 15, 2020. The decision in that case may well affect burdens of proof in Federal ADEA and Title VII cases.

In addition to his work for Merkle & Magri, P.A., Mr. Magri has donated his time to local groups regarding issues such as choice in education, low and moderate-income housing, the provision of free medical services, and cooperation between high crime communities and law enforcement in working to protect those communities and address issues such as reducing recidivism. He has also been involved in numerous boards and committees involving his Church on a parish, diocesan and state level. Mr. Magri also handles selected pro bono cases.

Besides his legal work, Mr. Magri has given presentations and seminars regarding several legal topics.